Judge Floyd and I welcome Judge Loretta Biggs from the Middle District of North Carolina. Glad to have you join us for the panel, Judge Biggs. Glad for you to be with us. We are ready to hear argument this morning. The first case is Doe v. Blair. Mr. George. Good morning, Your Honors. This is a very simple case of removal procedure and an error by the district court in failing to follow this court's binding precedent. The standard of view in this case is going to be de novo. The key case, though... What precedent do you think controls? The precedent controlling is Ellenberg v. Spartan Motor Chassis, 519F3192 from this court 2008. That is absolutely on point for this case and covers everything that we need to do. I think it's important for the court to understand that both jurisdiction and the remand issue are inextricably intertwined. There's really not a good way to separate the two from each other, as the court discussed in Ellenberg. The key point here is that the words of the removal are not the relevant point. The key point is the procedure that is used. That is that the notice pleading required by the statute specifically states that you must put the court and the parties on notice as to what is happening here. It is the same standard that is used for a complaint in Rule 8. You just think it's notice pleading? It is notice pleading, Your Honor. Not only that, but that was reconfirmed by the Supreme Court in Dark Cherokee Basin Operating Company v. Owens just a couple...2014. Now, that is a Class Action Fairness Act case, but the Supreme Court cited to this court's opinion in Ellenberg as the procedure to follow. So, there's no question that we're on that. Sometimes we wish they'd follow us a little more often. Yes, Your Honor, I believe that. Sometimes they don't seem to want to, though. It is what it is, I'm afraid, sir. Let me ask you this. Yes, sir. I'm the one intimately familiar with Ellenberg. I suspected you would be, sir. So, I don't think it was wrongly decided, but there's no motion in this case. That's correct, sir. In Ellenberg, there was not a motion either. I know. And that was the key. That was one of the things that the court, in that case, specifically addressed was that this was a situation where the court had sui sponte, taken action, without giving the parties any opportunity for notice and an opportunity to be heard, which is precisely what happened to us. I think it's very interesting. I'd like to call the question. By the way, let me say about, and Judge Floyd was the judge then. I was a district judge. And I'll say this. Sometimes you're faced with that as a district judge, and you're trying to do right. And if you think there's any one area where you can sort of do something without there being a review, it's a question of remand. And sometimes you're surprised, as a district judge, when the circuit court gets a hold of your case and they see it a whole lot different than you did. Nobody talked about any of that to you or anything. And so, I don't know that it's necessary. I don't know that it's necessary to give anybody notice and an opportunity to be heard if they get the decision right. There's no requirement. There's no requirement for notice and to be heard. I would agree, Your Honor. I would point out, though, that in Ellenburg, the panel was very concerned about that very issue of that this was a situation where there should have been notice and an opportunity to be heard. Well, only because they maybe, I suspect, because the panel thought had that happened, then all the issues would have been in front of the district court, and the district court then would have been able to understand the issue as after the fact the circuit court wanted the district court to understand it. Absolutely, Your Honor. And that's why I'd like to direct Your Honor to a case that we haven't cited in our brief because it's relatively recent. But the Southern District of West Virginia had a very similar case just recently. Collins v. TD Auto Finance. It's Southern District 115CV7082. And in that case, the district judge, recognizing that there was a situation here that could have been subject matter jurisdiction, could have been procedure, wasn't 100% sure, said, give me a briefing. Explain to me. Yeah, but you're arguing about some procedural ancillary thing. There's nothing in the law that requires any of that. That district court judge, if he or she had not gotten any briefing and made the right decision, it would be exactly the same thing, wouldn't it? It would be if it was correct. In this case, though, the district court admitted that it understood that there actually was subject matter jurisdiction and yet still said, I want specific magic words, which is the standard which was repudiated by this court, not only in Ellenberg but many other circumstances. Well, in this case, though, the judge was faced with a notice of removal that said that there was complete diversity. Yes, Your Honor. And then later, almost six months later, she looked at, there was an amended complaint, and that complaint did not have principal place of business. So she's got two things that she's looking at there. She didn't just rely on the notice of removal. She looked at both those things, which indicated, I would suspect to her, that she believed that that had not been considered in the notice of removal, the principal place of business. Somebody didn't know the law. That had not been considered. So tell me, she relied on Skeen in this case, and I know that's an unpublished decision. I get it. So are we saying that Skeen is wrongly decided? No, Your Honor. Skeen just simply does not apply. And the reason is that Skeen is an original jurisdiction case. It was a complaint that was filed originally in the district court, whereas this is a removal. In Skeen's, the ability to fix it is easy. You file an amended complaint, and that solves your problem. In this situation, being a removal, the only way to solve that problem is what the court directed in Ellenberg, which is to either allow the parties to bring the issue up, or if it's a close question, as they had in Collins, then ask the parties to explain, because that solves your problem immediately. Well, the opening line in his order is, upon careful review of the pleadings in the above style manner, the court observes that the federal diversity jurisdiction has not been established. Now, had he said less, like there is no jurisdiction, he'd be on the wrong side, wouldn't he? If the court had said there's no jurisdiction, I'd be in a much tougher spot. That being said. But they cured it on the 59. That's correct. And I think it's important to understand, Your Honor. So in this situation, then, we're looking for magic words from the district court, but not magic words from you, is what you're saying. That's not even correct as well, Your Honor, because in Blackwater, Blackwater Security Consulting, this court said that the mere invocation of magic words by the district court is also not sufficient. Don't you think, when you look at these cases, probably the state of the law, and I don't know that Ellenberg has dealt with every bit of this, probably the state of the law is that on an appeal from a remand decision, this court can take a peek at exactly what happened and see exactly how the district court made the decision, correct? I think that's very accurate. And by the way, do you think it might also be correct if the district court had all the right facts to make a question on subject matter jurisdiction and based it on subject matter jurisdiction, or like thereof, and got it wrong? That still may not be reviewable by this court. I agree, but the key phrase there, Your Honor, is had all the right facts. And that's the point here is the district court drilled into facts that . . . No, no, no. No, I said it's not so much maybe an incantation of magic words because I think this court still . . . It appears to me this court can still take a look at a remand order, notwithstanding what any of the parties said and pled or didn't say or didn't plead or had a hearing or didn't have a hearing and what the judge did or didn't say or what they cited to, that we can take a quick look at that to see if jurisdiction exists for us to take the appeal. And then it becomes a tougher question. And it may be if the judge, as odd as it may seem, and I'm not saying we have to rule on this point in this case, but it may be if the district judge set out all the right factors for the lack of subject matter jurisdiction and then absolutely made a completely 100% erroneous decision on subject matter jurisdiction, it may not be that we have jurisdiction to review that. That is absolutely correct, Your Honor. And that's the same conclusion the panel member brought. Well, wait a second now. I said we may not have to reach that. It may be. And you said you agree with me. I didn't say that was so. I said isn't that possible? I do believe it is correct, Your Honor. And I do want to sign up to that, that those are the two different questions here, the jurisdiction question and then the procedure question. And I think the critical point on the procedure question is that the district court admits that it understands that there is subject matter jurisdiction here. The statement in the order is very clear that, excuse me, that the phrase that's used is in schemes, just as in this case, there was subject matter jurisdiction. The district court admits they understand there's subject matter jurisdiction here. It is purely focused on the procedure, the fact that a particularized fact was not alleged. That, of course, is the same problem as in Ellenburg. We've got the 5th, 11th, 7th Circuit saying that a party's citizenship is procedural as opposed to a jurisdictional defect, don't we? Yes, sir. Is that what we have here? Yes, it's procedural. It is a matter of procedure. The critical statement that must be alleged is there's complete diversity of parties. That is there. There's no question of that fact. But in this case you had that, and then you filed an amended complaint six months later, and in that amended complaint you did not show that the court had. I did not file the amended complaint, Your Honor. Well, whoever filed it on your client's behalf. No, Your Honor. It was not us at all. It was the opposing party. Okay. So later we get this amended complaint, and the amended complaint does not show that that notice was correct. That's correct, Your Honor. Okay. And so based on what the court had before it, why would the court be bound by what you said in the notice of removal? I think it's important for Your Honor to understand that my client is the innocent party here. Mr. Blair was not even served prior to the removal. He's actually served over 30 days past the removal. So the question of the procedure is already done. The time is run. And Mr. Blair appears in the case about a month and a half later. And, of course, from my perspective, I can't re-remove the case. It's already here. I've got nothing for me to do here. We're in the form we want to be in. Everything's fine. The time is run. I've got no concerns. All the doors are closing around me. The last chopper leaves, and suddenly we get this remand six months later for something that Mr. Blair has no control over. And so that's a critical issue as well that would have been resolved by notice and hearing. What's the status of the case in state court? Is it moving? The case in state court has come to a halt. The state judge has recognized that this issue is here. He has not said as much, and I want to be perfectly candid, but he has initially said he was going to enter a scheduling order. He has not. He wrote us a letter and told us, Dear God, get you all out of his court. I would not be surprised, Your Honor. He did. But he has not entered a scheduling order. I was going to say I could understand why he wrote that letter. He has not done any. There have been a hearing or two, and there's been a little bit of discovery, but everybody has come to recognize that we need to be careful and not trample on this court, so much so that the state judge actually applied the federal rules of civil procedure pending resolution of this court so that there would not be a problem when we get back to district. Who filed the removal petition? The co-defendant did, Your Honor. Oh, I got you. So you have an overlay of another issue then. That's why you're harping so much on the notice or the hearing because you say you came to a removed case after the time you could do anything about any or be involved in any challenge to a defect in a removal petition or anything. Exactly. So you just found yourself in a federal case, you were happy to be there, and then you were just surprised, as you said, to wake up one morning to find you weren't there anymore when you think, in fact, you have every right to be in federal court. And no way to get back. Literally, this is the only route to vindicate Mr. Blair's rights. Under those circumstances . . . You have to understand, too, from the judge's perspective that we manage our dockets and we have pressures to manage the dockets. And quite frankly, I think it's commendable that district judges go back. We have a district judge. Judge Floyd was a district judge. As you know, I was a district judge. So you have pressure to manage your docket and for a judge to actually go back and look at and to pay close attention to a docket. That's actually generally a good thing. So it looks like a lot of good things happen. And we find ourselves in a little bit of a jam here, doesn't it? I was a district clerk, so I understand completely, Your Honor. And this court has told us repeatedly that district court has an independent obligation to ensure that it has jurisdiction. Absolutely. And, Your Honor, I note that we answered this question within 24 hours. Within 24 hours of that remand order, I had my Rule 59 motion filed with the documentation. Well, if this judge believed that she had found that there was no jurisdiction, could she even entertain that? I mean, she did, in fact, entertain it. But I wondered, why did she entertain it if she believed that she didn't have jurisdiction? I would suggest, Your Honor, that the district judge did not believe she didn't have jurisdiction. I believe that she found that the removal of jurisdiction had not been established. And that was the phrase that was used in the order. And this is the procedure. That Rule 59 motion is the procedure that was approved by this court in Ellenburg. This court said, you know, hey, wait a minute, this could have been solved here and it would have saved the case. But the point is, you think that maybe in a district court, we always have jurisdiction to see if we have jurisdiction. So, somebody, we can sometimes say we have jurisdiction. Like, we could say we have jurisdiction to hear this appeal. But you may not win the appeal once we decide we don't have jurisdiction. That's correct, Your Honor. All right, you saved some time. Thank you, Your Honor. Thank you very much. Mr. Conrad, be glad to hear from you, sir. Your Honor, the issue here is shifting of burden. The appellants indicate that the court below lacked authority to remand. In essence, the jurisdictional predicates were not met. They're trying to shift the burden from the petitioner on a petition to remand to the court. And that's a shift that can't be made. They indicate that it's based on Ellenburg. In Ellenburg, this court rightly said that the court below did not state that they did not have subject matter jurisdiction. It's clearly stated in that decision. That decision, of course, predates the current 1447C by decades. But nonetheless, this court clearly stated that the district court had recited, that had never recited, that it lacked subject matter jurisdiction. That is not the case here. Do you think the mere recitation of that ends the inquiry? No. Okay. I do not. But in this case, the appellants in their brief at page 2 acknowledge that the court in her first order stated that she did not have jurisdiction. They say that on page 2 of their brief. But I ask you, you don't think the mere recitation by the district court that I don't have subject matter jurisdiction, you don't think that ends the inquiry, do you? If they make a decision on that and state it as such. No, I just said just the recitation of those words. Not a recitation of the words alone. Just let me finish my question. I'm sorry, Your Honor. You don't think that ends our review of it, do you? In a case where there's no authority for her to proceed, for the district court to proceed, there's likewise no authority for there to be a review in this court. However, we're here, and I would indicate that not only was the complaint absent of any indication of the principal place of business of res care. The amended complaint was absent any mention of the principal place of business of res care. And the petition to remove was absent any indication of the principal place of business of res care. Dramatically different from Ellenberg, which they rely on. And you raise that objection to the petition to remove? Your Honor, we weren't in the case at the time. Our firm was not. But that doesn't require a motion to remand. The court's sua sponte, in fact, the section requires that when it appears to the district court. My question. I'm sorry, Your Honor. Did the plaintiff raise an objection to the procedural defect within 30 days? No, Your Honor. No, that did not occur. Of course, this is not a procedural defect matter. This is a matter where it appeared to the court that it did not have jurisdiction, subject matter jurisdiction. And the section states that when that appears, even all the way up to the date of judgment, that they don't have an option. They have a mandate to remand. Why isn't this a procedural defect just like Ellenberg? Well, because in Ellenberg, this court was very clear that Ellenberg, the court in Ellenberg, actually sought factual information and sought a factual inquiry instead of ever finding that it lacked subject matter jurisdiction. This court, the court below, found that there were not the predicates for jurisdiction in the first place. And once that appeared, remanded. What did the court below do to decide whether or not it had subject matter jurisdiction? The court looked at the matters before it that would have brought the case to it with jurisdiction had they been pled, and they were not, not in anything filed before her. So you think if a court says I don't have subject matter jurisdiction by just looking at the documents, and the document looks like a procedural defect, that you think then the magic words do matter? Well, Your Honor, in order, the court can't provide omissions in pleadings. The court can't reach down and take jurisdiction when none exists. And at that point, the court had no jurisdiction, no subject matter jurisdiction of this matter. What they're urging you to do is to tell the court. Was subject matter jurisdiction present in this case? No, there wasn't subject matter jurisdiction. Why not? The court recited that. No, or was it that the court thought there was a lack of subject matter jurisdiction because the court didn't have all the information, but the underlying fact provided subject matter jurisdiction? The underlying facts, even in the case that this case. You don't think the underlying facts, you don't think there's any subject matter jurisdiction in this case? The subject matter jurisdiction at the time the court would be required to have jurisdiction initially did not exist. That's correct, Your Honor. What facts does it have? Do we have subject matter jurisdiction now? There can be a decision that there could be a decision that even though subject matter. No, no, no. Listen, are the facts inexistent that provide subject matter jurisdiction in this case right now? If this case were filed now and filed appropriately, yes, Your Honor. I'm not talking about when it's filed. I said the facts. Are the facts now, if we were looking at it right now, would we have subject matter jurisdiction? Yes, sir. What facts changed? Yes, Your Honor. What facts changed? I don't know of any facts that changed, Your Honor. No facts changed, so then why wasn't there subject matter jurisdiction at the time the decision was made? At the time the decision was made, Your Honor, there was nothing before the court that would grant the court jurisdiction. No, you're saying that she didn't have enough information to understand there was subject matter jurisdiction. That's different than saying there's no subject matter jurisdiction, isn't it? Well, that would be no different than putting the district courts below on a fact-finding expedition any time a matter was brought before them that didn't meet the jurisdictional predicates, Your Honor. Is that the shift in burden that you talked about when you first stood up? Yes, Your Honor. And the burden was on who to? The burden's on petitioners always. That's a matter that's been well established forever. And it's not a burden of the court to provide omissions, to encourage amendments, or to encourage motions for remand. The section states that when it appears that they have no jurisdiction, they must remand. It's not an option with the court, nor is it something where they can go and ask for it. So that would allow a plaintiff to see a procedural defect or miss that deadline and then raise the fact of a procedural defect later and assert that's lack of subject matter jurisdiction to destroy that 30-day notice and a procedural defect requirement, wouldn't it? No, Your Honor. Why wouldn't it? The language is clear. The decision's in the section. If they're going to raise a procedural defect, it has to occur in the first 30 days. In this case, he claims he wasn't served in the 30-day period. The defendant, this particular defendant, it took the defendants that employed him, Rest Care, an agency of over 8,000 locations and 30,000 employees, it took them 3 1⁄2 months to find the defendant and to find counsel for the defendant in this case. That wasn't something that these 9-year and 3-year-old children had any responsibility for, Your Honor. And they came into the case later, but that doesn't mean that that somehow allows the petitioner to go back and re-petition the court. Well, you would raise the procedural defect, wouldn't you? No, Your Honor. It's not necessary in this case. No, no. In a normal course, the party, they asked for removal. They removed the case. No, Your Honor. No one made a motion for remand. There was no motion for remand in this case. The court did it sua sponte. I didn't ask you that. I'm sorry. I said, did they move for removal? Yes, Your Honor. They filed for the removal. Well, isn't it your obligation to point out a defect in that? Isn't it your obligation as a non-moving party? Not to deflect, Your Honor, but we weren't involved in the case until— Well, is this your case? It is now. You have to represent all of it unless you don't want to argue in the appeals court. I'm going to represent it all. You have to. I mean, that's just standard fare. You have to do it. No, let's go back to my question now. Doesn't a party who doesn't want to be removed have 30 days to point out to the court that the removal petition is defective? They do. They do. And you have 30 days to do that. That doesn't foreclose the authority of the court, Your Honor, to notice that it didn't appear and remand. Well, now I want to ask you my question. But your theory then would say we don't have to do anything for 30 days, but then we could say to the court later there is something wrong and you don't have subject matter jurisdiction, although it looks like a defect, and you would get to raise that defect as a subject matter jurisdiction issue after the 30 days. That was never done here, Your Honor. I didn't ask why. I don't believe we would have it right. Why wouldn't you? Because, Your Honor, the court would say to us, why didn't you raise that timely? And you would say we didn't have to because it's subject matter jurisdiction, because the lack of proper pleading to establish jurisdiction would be, yes, what you're arguing right now, that that defect, their failure to raise it created a subject matter issue. That's what you're arguing. Anything that would be. No, but isn't that correct? That's partially correct, yes, Your Honor. You think it's correct that they didn't correctly give the basis in their removal petition to establish complete diversity for subject matter jurisdiction purposes. That is exactly correct, Your Honor. And isn't that the basis for you saying there's no subject matter jurisdiction in the case? That's the basis for my saying what the court said, Your Honor, in two words. No, but I'm asking what the court said. Yes, sir. I'm asking your argument now. Yes, sir. Just follow that. So that necessarily means that after the 30-day limitation, you could still raise the defect as a subject matter jurisdiction issue under your theory because the court can always look at subject matter jurisdiction. Theoretically, that could be true, Your Honor. It didn't happen in this case, but theoretically it could be true. I'm talking about what your theory is. Yes, Your Honor. When a court dismisses for lack of jurisdiction and is wrong, is wrong about that, but it dismisses for lack of jurisdiction, is that reviewable? It's only it is not reviewable if that is, in fact, the reason for the remand. There is a case that's been cited where it wasn't cited specifically, but by reference and the court found, this court found, that instead the court wasn't reviewing but was allowing relief because of certain methodologies of counsel in the court below, and they were providing relief under Rules 11 and Rule 60B. But even in that case, this court did not say that that was a review decision but only a relief for cause under Rules 11 and 60B. Distinctly different than here, Your Honor. In this case, originally this case could have been brought in federal court. Originally it could have been brought in federal court if the predicates were there. All right, so back to Judge Scher's line of questioning, isn't the defect here procedural and it can be corrected? Anything that you say is procedural, Your Honor, if you allege it correctly, yes, it could be corrected. The first question I ask, it goes to jurisdiction. It does. The case be brought under the facts in this case could have been brought originally in federal court. You said yes. Now, as to the lack of the party's citizenship, isn't that just procedural and not jurisdictional? Not in the eyes of Congress, Your Honor, not in the express language of the statutes of control and the decisions of this court and other courts. What about the Seventh, the Fifth, and the Eleventh Circuit who said the contrary? Those were decisions not of this circuit prior to 2001 and prior to the new language of this section, Your Honor. And not only that, this case doesn't turn on those decisions. This case, as counsel has indicated, is one where they have stated that Ellenberg controls. Ellenberg does not control because, in that case, there was never a finding of the court expressed in an order that they did not have subject matter jurisdiction. In this case, it's been twice expressed. In the request for reconsideration under 5090 and 60B, when the court considered that, counsel for the appellants indicated that the court had not found lack of subject matter jurisdiction. The court in that February 2015 order made it expressly clear, as it had earlier, that contrary to defense counsel's assumptions, the court had found that it lacked subject matter jurisdiction. So it not only recited it in the January 20, 2015 decision, it cited it again in the February 24, 2015 decision. That's two different times that the court stated expressly why the court had remanded the matter. Under the scenario that Judge Floyd just indicated, is that the Scheen scenario that we're talking about? That is the Scheen scenario. And in that case, the court, this court, not in a published opinion, found that, in fact, the facts that would support subject matter jurisdiction by the time it came to this court did exist. But at the time, the court lacked subject matter jurisdiction and indicated the same in its order, as it indicated in two orders here that it lacked subject matter jurisdiction. It can be a tough question, quite frankly. It's a little more complicated than it looks. And you're probably kind of scratching your head as to why you're here. You didn't ask for anything. The court gave you something. And all of a sudden, you're here sort of defending what the court did. But I do think that Judge Floyd's question underscores maybe even more directly what I was asking. But what do you do with a case when the operative facts, underlying facts, do allow and create subject matter jurisdiction, but there's just either because of some flaw in some paper somebody filed? The court just doesn't realize that. I mean, we don't deny subject matter jurisdiction because of something like that. Oh, in essence, we are. I mean, that's what we're looking at. Well, in the order that was issued by Judge Berger, she said, absent some assertion from either party as to risk, care, expense, place of business, this court lacks jurisdiction. Well, these people weren't in the case at that point in time. But as he said, 24 hours later, he raised the assertion that, oh, yes, the principal place of business is. However, Your Honor, the petition for removal was filed by the very corporation which didn't recite its own principal place of business, ResCare. The petition for removal was not filed by the individual. It was filed by ResCare. By that time, as an individual, when he got into the case within 24 hours, he raised that issue. That may be I don't have the exact timing of that, Your Honor. There are a few things that I would mention. There was a question that I think is critical to the court, and they asked whether or not there have been significant proceedings in the state court, and there have been. There have been depositions taken. These children who at the time of the abuse were less than nine, one being less than four, have been subjected to examinations. Experts have been selected. Expert opinions have been received. The matter has been scheduled for mediation. There have been motions to seal records of the offender. But petitions to removal, they aren't predicated on any stage of the proceedings in state court, are they? They're not, Your Honor. I was simply correcting something that had been said earlier. I've been in these situations before. Isn't it likely if this stays in federal court, there will be some agreement or some motion to the court to be able to use whatever you have in state court in the proceedings in federal court? I think that's been raised by my co-counsel. I wasn't in those hearings or those discussions. I think there have been extensive discussions concerning that, Your Honor. I suspect you're a good enough lawyer that if this ends up in federal court, you will be doing your best to use the evidence that you've already collected in the proceedings in federal court. I would expect you, I know you would do that, to move forward. I suspect you'd be largely successful. Given the tender age of the children, we certainly would be doing that. We would be urging that greatly in whichever court, given what they've gone through. I'm not talking about the tender age of the children, but I mean just justice to both sides. It would make sense to do it. And for judicial resources, not so much, but legal resources. It would, Your Honor. It would. Okay. We believe, Your Honor, that this is simply an attempt to shift the burden from petitioners to the court, and that's an improper position to take in this case. Thank you very much. Thank you very much. Appreciate your argument this morning, Mr. Conrad. Mr. George, you reserved a little bit of time. Do you want to use it? Just briefly, Your Honor. Okay. I just want to address a couple of minor points that have come up during the court's questioning. I'd like to emphasize that, remember, subject matter jurisdiction is two parts, complete diversity and amount of controversy. The principal place of business is a supporting fact to that. It is not the jurisdictional element. So I think that's very important. I agree. The facts from the moment this case was filed supported subject matter jurisdiction. We had Mr. Blair, a citizen of the Commonwealth of Virginia, res care citizen of, by both principal place of business and a corporation of the Commonwealth of Kentucky, and we exceeded the jurisdictional amount. That's everything it takes. And first-year law school, once you've got that, you could have filed in federal district court at that point. So the burden I think to point here is that the burden is on the plaintiffs to both seek the remand and also, by the way, to serve the defendants. Mr. Blair was an ex-employee. He was long gone from res care's control. Are you suggesting that a judge can't do that sua sponte? It's not obligated to make a determination of jurisdictional jurisdiction sua sponte. Yes, Your Honor, that's true. 1447C, though, as this court addressed in Ellenberg, breaks that responsibility into two parts. The part for the procedural piece, the statutory language clearly states belongs to the parties alone. The determination of subject matter jurisdiction absent the procedural aspects, and I think this is something the judge should. And even if the judge is wrong on subject matter jurisdiction, makes a decision about subject matter jurisdiction and is wrong, it can't be reviewed. I agree that the appellate bar applies at that point, Your Honor. But in this case, the words of the order clearly state that this is a procedural matter, that the focus was on the procedure, that it wasn't established. If you read the very last paragraph of the original order, it clearly states you didn't say the magic words. So you want the judge to say magic words? No, Your Honor. All I ask is an opportunity to provide the information if the judge doesn't have it. No, you think the difference is between it not being established and it not existing? That's correct, Your Honor. Is that what you think the difference is? That's correct, Your Honor. But you have to understand, and I think you do from the way you made your argument, the way you're answering questions, you look at that statute, it's not as clear as it just seems at first blush because then it becomes a question of what do we do to decide what the district court did? District court operating in good faith, trying the best they can to do the right thing. How do we then decide whether or not it even fits in the category that we can even look at it? What do we look to? And that's what I said from the outset. I think it sort of is we look at what the district court actually did and looked at, no matter what they called it. I agree. And then we have to decide based on that. And that's why I think there's a possibility that if the district court looked at exactly the right factors, let you file everything you wanted to file, and then still said, sorry, you filed it, you say that, I know what the facts are, here are the facts, no subject matter jurisdiction, it may well be no review by this court. I agree. And had I had the opportunity to . . . I'm talking about you having the opportunity because even if you'd have the opportunity, it doesn't mean that maybe the district court would have decided based on those facts. That's true. But as Your Honor said, it's a matter of being able to file what you wanted to file, and Mr. Blair never had that opportunity. It seems a bit odd, though, that under the scenario that I've just outlined, we may in fact reverse a district court judge who did the very best with what she had in front of her, and yet in another circumstance reward one who had everything in front of them and absolutely did as wrong as you could do. It is a little bit perverse incentive sort of, isn't it? This being a constitutional right, Your Honor, it is something that does require that sort of understanding. Well, I don't know about the constitutional right requires it. It may be because the statute does. True, but, you know, diversity jurisdiction does come from the Constitution. Right. If the court has no further questions . . . We don't have any further questions. Thank you, Your Honor. All right, we'll step down, greet counsel, and we'll go directly to the second argument. Thank you.
judges: Dennis W. Shedd, Henry F. Floyd, Loretta Copeland Biggs